

Competition Tire East
150 Franklin Street
Reading, PA 19602
(610) 375-6191

Matthew R MacDonough                                1/28/2022
20 Sheep Hill Rd
Fleetwood, PA 19522

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 1/25/2022 | D51077 |

|  | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 5,192.00 |
| Hourly OT | 39.50 | 1,922.66 | 3,942.68 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 464.72 | 1,084.81 |
| Social Security Tax | | 193.97 | 543.52 |
| Medicare Tax | | 45.36 | 127.11 |
| PA State W/H | | 96.05 | 269.13 |
| PA Unemployment Tax | | 1.93 | 5.48 |
| PABERCOREACT W/H | | 40.67 | 113.97 |
| Reading CT, Reading SD LST Wit | | 1.00 | 4.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 291.24 |
| Health Care | | 19.23 | 76.92 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 2,284.92 | 6,618.50 |

| | | | | | |
|---|---|---|---|---|---|
| **Check Amount:** | 0.00 | | **Total Direct Deposit:** | 2,284.92 | 6,618.50 |
| **Gross Earnings:** | 3,220.66 | 9,134.68 | **Total Deductions:** | 935.74 | 2,516.18 |
| **Net Earnings:** | 2,284.92 | | | | |



Competition Tire East
150 Franklin Street
Reading, PA 19602
(610) 375-6191

Matthew R MacDonough
20 Sheep Hill Rd
Fleetwood, PA 19522

1/21/2022

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 1/18/2022 | D51023 |

|  | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 3,894.00 |
| Hourly OT | 23.00 | 1,119.53 | 2,020.02 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 288.03 | 620.09 |
| Social Security Tax | | 144.18 | 349.55 |
| Medicare Tax | | 33.72 | 81.75 |
| PA State W/H | | 71.39 | 173.08 |
| PA Unemployment Tax | | 1.45 | 3.55 |
| PABERCOREACT W/H | | 30.23 | 73.30 |
| Reading CT, Reading SD LST Wit | | 1.00 | 3.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 218.43 |
| Health Care | | 19.23 | 57.69 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 1,755.49 | 4,333.58 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| **Check Amount:** | 0.00 | | **Total Direct Deposit:** | 1,755.49 | 4,333.58 |
| **Gross Earnings:** | 2,417.53 | 5,914.02 | **Total Deductions:** | 662.04 | 1,580.44 |
| **Net Earnings:** | 1,755.49 | | | | |



Competition Tire East  
150 Franklin Street  
Reading, PA  19602  
(610) 375-6191

Matthew R MacDonough  
20 Sheep Hill Rd  
Fleetwood, PA 19522

1/14/2022

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 1/11/2022 | D50970 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 2,596.00 |
| Hourly OT | 15.50 | 754.46 | 900.49 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 207.72 | 332.06 |
| Social Security Tax | | 121.55 | 205.37 |
| Medicare Tax | | 28.43 | 48.03 |
| PA State W/H | | 60.18 | 101.69 |
| PA Unemployment Tax | | 1.23 | 2.10 |
| PABERCOREACT W/H | | 25.49 | 43.07 |
| Reading CT, Reading SD LST Wit | | 1.00 | 2.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 145.62 |
| Health Care | | 19.23 | 38.46 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 1,514.82 | 2,578.09 |

| | Check Amount: | 0.00 | | Total Direct Deposit: | 1,514.82 | 2,578.09 |
|---|---|---|---|---|---|---|
| | Gross Earnings: | 2,052.46 | 3,496.49 | Total Deductions: | 537.64 | 918.40 |
| | Net Earnings: | 1,514.82 | | | | |



Competition Tire East
150 Franklin Street
Reading, PA  19602
(610) 375-6191

Matthew R MacDonough　　　　　　　　　　　　　　　　　　1/7/2022
20 Sheep Hill Rd
Fleetwood, PA 19522

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | Period End | Stub Number |
|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00   SW | 1/4/2022 | D50918 |

|  | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 1,298.00 |
| Hourly OT | 3.00 | 146.03 | 146.03 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 124.34 | 124.34 |
| Social Security Tax | | 83.82 | 83.82 |
| Medicare Tax | | 19.60 | 19.60 |
| PA State W/H | | 41.51 | 41.51 |
| PA Unemployment Tax | | 0.87 | 0.87 |
| PABERCOREACT W/H | | 17.58 | 17.58 |
| Reading CT, Reading SD LST Wit | | 1.00 | 1.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 72.81 |
| Health Care | | 19.23 | 19.23 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 1,063.27 | 1,063.27 |

|  |  |  |  |  |
|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 1,063.27   1,063.27 |
| Gross Earnings: | 1,444.03 | 1,444.03 | Total Deductions: | 380.76   380.76 |
| Net Earnings: | 1,063.27 | | | |



Competition Tire East
150 Franklin Street
Reading, PA  19602
(610) 375-6191

Matthew R MacDonough
20 Sheep Hill Rd
Fleetwood, PA 19522

12/31/2021

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 12/28/2021 | D50866 |

|  | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 66,459.74 |
| Hourly OT | 5.00 | 243.38 | 8,785.12 |
| Bonus | 0.00 | 0.00 | 2,520.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 138.11 | 6,957.87 |
| Social Security Tax | | 89.86 | 4,527.87 |
| Medicare Tax | | 21.02 | 1,059.02 |
| PA State W/H | | 44.49 | 2,242.04 |
| PA Unemployment Tax | | 0.92 | 46.74 |
| PABERCOREACT W/H | | 18.84 | 949.40 |
| Reading CT, Reading SD LST Wit | | 1.00 | 52.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 3,734.12 |
| Health Care | | 19.23 | 999.96 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 1,135.10 | 57,195.84 |

| | | | | | |
|---|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 1,135.10 | 57,195.84 |
| Gross Earnings: | 1,541.38 | 77,764.86 | Total Deductions: | 406.28 | 20,569.02 |
| Net Earnings: | 1,135.10 | | | | |



Competition Tire East
150 Franklin Street
Reading, PA  19602
(610) 375-6191

Matthew R MacDonough
20 Sheep Hill Rd
Fleetwood, PA 19522

12/24/2021

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 12/21/2021 | D50791 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 0.00 | 0.00 | 65,161.74 |
| Hourly OT | 0.00 | 0.00 | 8,541.74 |
| Bonus | 0.00 | 2,520.00 | 2,520.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 339.27 | 6,819.76 |
| Social Security Tax | | 156.24 | 4,438.01 |
| Medicare Tax | | 36.54 | 1,038.00 |
| PA State W/H | | 77.36 | 2,197.55 |
| PA Unemployment Tax | | 1.51 | 45.82 |
| PABERCOREACT W/H | | 32.76 | 930.56 |
| Other Taxes | | 0.00 | 51.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 0.00 | 3,661.31 |
| Health Care | | 0.00 | 980.73 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 1,876.32 | 56,060.74 |

| | | | | | |
|---|---|---|---|---|---|
| **Check Amount:** | 0.00 | | **Total Direct Deposit:** | 1,876.32 | 56,060.74 |
| **Gross Earnings:** | 2,520.00 | 76,223.48 | **Total Deductions:** | 643.68 | 20,162.74 |
| **Net Earnings:** | 1,876.32 | | | | |



Competition Tire East
150 Franklin Street
Reading, PA  19602
(610) 375-6191

Matthew R MacDonough
20 Sheep Hill Rd
Fleetwood, PA 19522

12/17/2021

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 12/14/2021 | D50713 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 63,863.74 |
| Hourly OT | 0.00 | 0.00 | 8,128.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 108.91 | 6,321.93 |
| Social Security Tax | | 74.77 | 4,181.35 |
| Medicare Tax | | 17.49 | 977.97 |
| PA State W/H | | 37.02 | 2,070.47 |
| PA Unemployment Tax | | 0.78 | 43.28 |
| PABERCOREACT W/H | | 15.68 | 876.74 |
| Reading CT, Reading SD LST Wit | | 1.00 | 50.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 3,588.50 |
| Health Care | | 19.23 | 961.50 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 950.31 | 52,920.00 |

| | | | | | |
|---|---|---|---|---|---|
| **Check Amount:** | 0.00 | | **Total Direct Deposit:** | 950.31 | 52,920.00 |
| **Gross Earnings:** | 1,298.00 | 71,991.74 | **Total Deductions:** | 347.69 | 19,071.74 |
| **Net Earnings:** | 950.31 | | | | |



Competition Tire East
150 Franklin Street
Reading, PA  19602
(610) 375-6191

Matthew R MacDonough
20 Sheep Hill Rd
Fleetwood, PA 19522

12/10/2021

This paycheck is provided by OUR CUSTOMERS

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 12-MACD01 | ***-**-9962 | 1,298.00 | SW | 12/7/2021 | D50661 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 40.00 | 1,298.00 | 62,565.74 |
| Hourly OT | 5.50 | 267.71 | 8,128.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 141.03 | 6,213.02 |
| Social Security Tax | | 91.37 | 4,106.58 |
| Medicare Tax | | 21.37 | 960.48 |
| PA State W/H | | 45.24 | 2,033.45 |
| PA Unemployment Tax | | 0.94 | 42.50 |
| PABERCOREACT W/H | | 19.16 | 861.06 |
| Reading CT, Reading SD LST Wit | | 1.00 | 49.00 |
| *** DEDUCTIONS *** | | | |
| Blue Cross | | 72.81 | 3,515.69 |
| Health Care | | 19.23 | 942.27 |
| *** DIRECT DEPOSITS *** | | | |
| Tompkins Vist Bank | | 1,153.56 | 51,969.69 |

| | | | | | |
|---|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 1,153.56 | 51,969.69 |
| Gross Earnings: | 1,565.71 | 70,693.74 | Total Deductions: | 412.15 | 18,724.05 |
| Net Earnings: | 1,153.56 | | | | |

| Statement of Earnings For: | | ERIN MACDONOUGH | | | | | | | LL Fleetwood LLC 12 Ingot Drive Blandon, PA 19510 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Employee #: Clock Number: Company Id: | 219  22074 | Division Department Federal Filing: State Filing: | 415 Married Filing | Period Begin: Period End: Exemptions: Exemptions: | 1/1/2022 1/15/2022 | Check Date: Pay Type: Additional Tax: Additional Tax: | 1/25/2022 Hourly | | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4431685 | $0.00 | $1,275.91 | $1,076.80 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 37.20 | | 0.00 | 91.38 | 0.00 | SOC SEC EE | 93.01 | 246.24 | Disability Ins | 20.40 | 40.80 |
| Commission | | | 1,275.91 | | 0.00 | 3,392.40 | MED EE | 21.75 | 57.59 | | | |
| Tips Not Paid | | | 224.16 | | 0.00 | 579.20 | FEDERAL WH | 0.00 | 7.39 | | | |
| | | | | | | PA WH | 46.05 | 121.93 | | | |
| | | | | | | MAIDENCREEK | 15.00 | 39.72 | | | |
| | | | | | | PA SUI EE | 0.90 | 2.38 | | | |
| | | | | | | MAIDEN CREEK | 2.00 | 4.00 | | | |
| **Total:** | | 37.20 | 1,500.07 | 91.38 | 3,971.60 | **Total:** | 178.71 | 479.25 | **Total:** | 20.40 | 40.80 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance 0.00 | Checking | Account: ####8133 | Deposit Amount: | 1,076.80 |

LL Fleetwood LLC
12 Ingot Drive
Blandon, PA 19510

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/25/2022 | V4431685 |

| TOTAL NET PAY |
|---|
| ******$1,076.80 |

219  415

**ERIN MACDONOUGH**

200 COLONIAL COURT
BLANDON, PA 19510

**NOT NEGOTIABLE**

# Employee Pay Details

LL Fleetwood LLC

**ERIN MACDONOUGH**

For Pay Period: 1/2/2022 - 1/15/2022
Pay Date: 1/25/2022

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | | 37.18 | 0.00 | Director Stylist |
| Regular | | 0.02 | 0.00 | Director Stylist |
| Commission | | | 60.80 | Director Stylist |
| Commission | | | 1,215.11 | Director Stylist |
| | | **37.20** | **1,275.91** | |

## Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Tips Not Paid | | | 13.36 | Director Stylist |
| Tips Not Paid | | | 210.80 | Director Stylist |
| | | | **224.16** | |

| Statement of Earnings for: | | ERIN MACDONOUGH | | | | | | LL Fleetwood LLC 12 Ingot Drive Blandon, PA 19510 |
|---|---|---|---|---|---|---|---|---|
| Employee #: | 219 | Division | | Period Begin | 12/19/2021 | Check Date | 1/11/2022 | |
| Clock Number: | | Department | 415 | Period End: | 1/1/2022 | Pay Type: | Hourly | |
| Company Id: | 22074 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | | |
| | | State Filing: | | Exemptions: | | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4382800 | $0.00 | $2,116.49 | $1,795.55 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | | 54.18 | 0.00 | 54.18 | 0.00 | SOC SEC EE | 153.23 | 153.23 | Disability Ins | 20.40 | 20.40 |
| Commission | | | 2,116.49 | 0.00 | 2,116.49 | MED EE | 35.84 | 35.84 | | | |
| Tips Not Paid | | | 355.04 | 0.00 | 355.04 | FEDERAL WH | 7.39 | 7.39 | | | |
| | | | | | | PA WH | 75.88 | 75.88 | | | |
| | | | | | | MAIDENCREEK | 24.72 | 24.72 | | | |
| | | | | | | PA SUI EE | 1.48 | 1.48 | | | |
| | | | | | | MAIDEN CREEK | 2.00 | 2.00 | | | |
| Total: | | 54.18 | 2,471.53 | 54.18 | 2,471.53 | Total: | 300.54 | 300.54 | Total: | 20.40 | 20.40 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance  72.00 | Checking | Account: ####8133 | Deposit Amount: | 1,795.55 |

LL Fleetwood LLC
12 Ingot Drive
Blandon, PA 19510

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/11/2022 | V4382800 |

| TOTAL NET PAY |
|---|
| ******$1,795.55 |

219  415

**ERIN MACDONOUGH**
200 COLONIAL COURT
BLANDON, PA 19510

NOT NEGOTIABLE

# Employee Pay Details

LL Fleetwood LLC

## ERIN MACDONOUGH

For Pay Period: 12/19/2021 - 1/1/2022
Pay Date: 1/11/2022

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | | 29.82 | 0.00 | Director Stylist |
| Regular | | 24.36 | 0.00 | Director Stylist |
| Commission | | | 1,464.40 | Director Stylist |
| Commission | | | 652.09 | Director Stylist |
| | | **54.18** | **2,116.49** | |

## Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Tips Not Paid | | | 212.16 | Director Stylist |
| Tips Not Paid | | | 142.88 | Director Stylist |
| | | | **355.04** | |

| Statement of Earnings for: | ERIN MACDONOUGH | | | | | | LL Fleetwood LLC 12 Ingot Drive Blandon, PA 19510 |
|---|---|---|---|---|---|---|---|
| Employee #: | 219 | Division | | Period Begin: | 12/6/2021 | Check Date: 12/28/2021 | |
| Clock Number: | | Department | 415 | Period End: | 12/18/2021 | Pay Type: Hourly | |
| Company Id: | 22074 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4341841 | $0.00 | $1,611.46 | $1,363.17 | |

| EARNINGS | | | | *Not included in Totals | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Regular | 50.57 | 0.00 | | 1,211.02 | 0.00 | SOC SEC EE | 118.89 | 2,670.41 | Mannequin | 0.00 | 55.00 |
| Commission | | | 1,611.46 | 0.00 | 36,099.53 | MED EE | 27.80 | 624.53 | Fee | 0.00 | 17.75 |
| Tips Not Paid | | | 306.00 | 0.00 | 6,778.54 | FEDERAL WH | 0.00 | 113.83 | Disability Ins | 20.40 | 530.40 |
| Pay Adjustment | | | 0.00 | 0.00 | 192.99 | PA WH | 58.87 | 1,322.28 | | | |
| | | | | | | MAIDENCREEK | 19.18 | 430.72 | | | |
| | | | | | | PA SUI EE | 1.15 | 25.84 | | | |
| | | | | | | MAIDEN CREEK | 2.00 | 52.00 | | | |
| **Total:** | | 50.57 | 1,917.46 | 1,211.02 | 43,071.06 | **Total:** | 227.89 | 5,239.61 | **Total:** | 20.40 | 603.15 |

| CURRENT PERIOD LEAVE ACCRUAL | | | | | | DISTRIBUTION OF NET PAY | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vacation | Accrued: | 0.0000 | Taken: | 0.00 | Balance 72.00 | Checking | Account: ####8133 | Deposit Amount: | 1,363.17 |

LL Fleetwood LLC
12 Ingot Drive
Blandon, PA 19510

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/28/2021 | V4341841 |

| TOTAL NET PAY |
|---|
| ******$1,363.17 |

219  415

**ERIN MACDONOUGH**

200 COLONIAL COURT
BLANDON, PA 19510

NOT NEGOTIABLE

# Employee Pay Details

LL Fleetwood LLC

**ERIN MACDONOUGH**

For Pay Period: 12/5/2021 - 12/18/2021
Pay Date: 12/28/2021

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | | 28.16 | 0.00 | Director Stylist |
| Regular | | 22.41 | 0.00 | Director Stylist |
| Commission | | | 603.84 | Director Stylist |
| Commission | | | 1,007.62 | Director Stylist |
| | | **50.57** | **1,611.46** | |

## Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Tips Not Paid | | | 135.20 | Director Stylist |
| Tips Not Paid | | | 170.80 | Director Stylist |
| | | | **306.00** | |

Statement of Earnings for: **ERIN MACDONOUGH** — LL Fleetwood LLC, 12 Ingot Drive, Blandon, PA 19510

| Employee #: | 219 | Division | | Period Begin: | Current | Check Date: | 12/14/21 |
|---|---|---|---|---|---|---|---|
| Clock Number: | | Department | 415 | Period End: | 12/4/2021 | Pay Type: | Hourly |
| Company Id: | 22074 | Federal Filing: | Married Filing | Exemptions: | | Additional Tax: | |
| | | State Filing: | | Exemptions: | | Additional Tax: | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V4285101 | $0.00 | $1,497.39 | $1,261.17 | |

### EARNINGS  *Not included in Totals

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Regular | 51.33 | 0.00 | | 1,160.45 | 0.00 |
| Commission | | 0.00 | 1,497.39 | 0.00 | 34,488.07 |
| Tips Not Paid | | 0.00 | 317.68 | 0.00 | 6,472.54 |
| Pay Adjustment | | 0.00 | 0.00 | 0.00 | 192.99 |
| **Total:** | | 51.33 | 1,815.07 | 1,160.45 | 41,153.60 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 112.53 | 2,551.52 |
| MED EE | 26.32 | 596.73 |
| FEDERAL WH | 0.00 | 113.83 |
| PA WH | 55.72 | 1,263.41 |
| MAIDENCREEK | 18.16 | 411.54 |
| PA SUI EE | 1.09 | 24.69 |
| MAIDEN CREEK | 2.00 | 50.00 |
| **Total:** | 215.82 | 5,011.72 |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Mannequin | 0.00 | 55.00 |
| Fee | 0.00 | 17.75 |
| Disability Ins | 20.40 | 510.00 |
| **Total:** | 20.40 | 582.75 |

### CURRENT PERIOD LEAVE ACCRUAL

| Vacation | Accrued: 0.0000 | Taken: 0.00 | Balance 72.00 |

### DISTRIBUTION OF NET PAY

| Checking | Account: ####8133 | Deposit Amount: 1,261.17 |

---

LL Fleetwood LLC
12 Ingot Drive
Blandon, PA 19510

| CHECK DATE | VOUCHER ID |
|---|---|
| 12/14/2021 | V4285101 |

| **TOTAL NET PAY** |
|---|
| ******$1,261.17 |

219  415
**ERIN MACDONOUGH**
200 COLONIAL COURT
BLANDON, PA 19510

**NOT NEGOTIABLE**

# Employee Pay Details

LL Fleetwood LLC

**ERIN MACDONOUGH**

For Pay Period: 11/21/2021 - 12/4/2021
Pay Date: 12/14/2021

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Regular | | 27.33 | 0.00 | Director Stylist |
| Regular | | 24.00 | 0.00 | Director Stylist |
| Commission | | | 676.23 | Director Stylist |
| Commission | | | 821.16 | Director Stylist |
| | | **51.33** | **1,497.39** | |

## Non-Paid Earnings

| Earning | Rate | Hours | Dollars | Department |
|---|---|---|---|---|
| Tips Not Paid | | | 150.08 | Director Stylist |
| Tips Not Paid | | | 167.60 | Director Stylist |
| | | | **317.68** | |