# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Matthew Richard Macdonough**
**Erin Beth Macdonough**

Debtor(s)

Case No.   **22-10254**

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **February 16, 2022**

**/s/ Matthew Richard Macdonough**
**Matthew Richard Macdonough**
Signature of Debtor

Date:   **February 16, 2022**

**/s/ Erin Beth Macdonough**
**Erin Beth Macdonough**
Signature of Debtor