THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chad M. Archer and Emily Archer,  :     Chapter 13
                  Debtors         :     No. : 19-16854-mdc

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Debtors, hereby certify that a true and correct copy of the Motion to Modify the Chapter 13 Plan (Post-Confirmation), along with Notice of Motion and proposed modified Chapter 13 plan filed on December 8, 2021, have been served upon the following by the means stated:

***Via United States Mail, Postage Prepaid on December 8, 2021:***

George Bechakas, Managing Member
Debtoutlet, LLC
7954 Transit Road #136SE
Williansville, NY 14221

Easy Pay Finance
c/o Duvera Financial
P.O. Box 2549
Carlsbad, CA 92018

Adam Kopp, Auth. Agent
Ally Bank
PO Box 130424
Roseville, MN 55113−0004

Avi Schild, President
Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

All other creditors on the mailing matrix not noticed by way of ECF.

***Via ECF on December 8, 2021:***

Martin A. Mooney on behalf of Creditor TD Auto Finance LLC
lgadomski@schillerknapp.com, kcollins@schillerknapp.com

Rebecca Ann Solarz on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor RoundPoint Mortgage Servicing Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Andrew L. Spivack on behalf of Creditor Freedom Mortgage Corporation
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                              **ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
     Joseph Quinn, Esquire
     Attorney I.D. 307467
     Ross, Quinn & Ploppert, P.C.
     192 S. Hanover Street, Suite 101
     Pottstown, PA  19464
     Ph: (610) 323-5300
     F:  (610) 323-6081

Dated: December 8, 2021