THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chad M Archer and          :          Chapter 13

      Emily Archer,          :          No. : 19-16854-mdc

          Debtors          :

*****************

**Hearing to be Held:**

**Date:  February 1, 2022**

**Time: 10:30 am**

**Place: United States Bankruptcy Court**

      **Courtroom #2, Second Floor**

      **Robert N.C. Nix, Sr. Federal Courthouse**

      **900 Market Street**

      **Philadelphia, PA 19107**

*****************

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

      Chad M Archer and Emily Archer, by and through counsel of the Ross, Quinn & Ploppert, P.C., has filed a Motion to Approve a Mortgage Loan Modification by and between Debtors and Freedom Mortgage Corporation.

      **YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

      1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before January 28, 2022 you or your attorney must do ALL of the following:

      (a).     file an answer explaining your position at

          United States Bankruptcy Court

          Eastern District of Pennsylvania

          Robert N.C. Nix, Sr. Federal Courthouse

          900 Market Street, Suite 400

          Philadelphia, PA 19107

      If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)     mail a copy to attorney for movants:

Joseph Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA  19464

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief in the motion.

3.      A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge on February 1, 2022 at 10:30 a.m. in:

**United States Bankruptcy Court**
**Courtroom #2, Second Floor**
**Robert N.C. Nix, Sr. Federal Courthouse**
**900 Market Street, Suite 400**
**Philadelphia, PA 19107**

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the bankruptcy clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

**ROSS, QUINN & PLOPPERT, P.C.**

By:      */s/ Joseph Quinn*
         Joseph Quinn, Esquire
         Attorney I.D. No. 307467
         192 S. Hanover Street, Suite 101
         Pottstown, PA 19464
         T: 610.323.5300
         F: 610.323.6081
         JQuinn@RQPLaw.com
         Counsel for Debtors

Date:  January 7, 2022