THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M. Archer and Emily Archer, : | | Chapter 13 |
| Debtors : | | No. : 19-16854-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, Counsel for Chad M Archer and Emily Archer, hereby certify that a true and correct copy of the Motion to Approve the Mortgage Loan Modification Agreement along with Notice of Motion electronically filed on January 7, 2022 has been served upon the following by the means stated:

***Via United States Mail, Postage Prepaid on January 7, 2022:***

George Bechakas, Managing Member
Debtoutlet, LLC
7954 Transit Road #136SE
Williansville, NY 14221

Easy Pay Finance
c/o Duvera Financial
P.O. Box 2549
Carlsbad, CA 92018

Adam Kopp, Auth. Agent
Ally Bank
PO Box 130424
Roseville, MN 55113−0004

Avi Schild, President
Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ 07601

All other creditors on the mailing matrix not noticed by way of ECF.

***Via ECF on January 7, 2022:***

Martin A. Mooney on behalf of Creditor TD Auto Finance LLC
lgadomski@schillerknapp.com, kcollins@schillerknapp.com

Rebecca Ann Solarz on behalf of Creditor Freedom Mortgage Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Rebecca Ann Solarz on behalf of Creditor RoundPoint Mortgage Servicing Corporation
bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

Andrew L. Spivack on behalf of Creditor Freedom Mortgage Corporation
andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Kenneth E. West, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                    **ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph Quinn*
    Joseph Quinn, Esquire
    Attorney I.D. 307467
    Ross, Quinn & Ploppert, P.C.
    192 S. Hanover Street, Suite 101
    Pottstown, PA  19464
    Ph: (610) 323-5300
    F:  (610) 323-6081

Dated: January 7, 2022