THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Chad M. Archer and Emily Archer,   :         Chapter 13
                Debtors                   :         No. : 19-16854-mdc

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Chad M. Archer and Emily Archer, debtors in the above-captioned matter.

2. That a copy of the Supplemental Application for Compensation filed with the Court on December 17, 2021 along with the Notice of Application and Certificate of Service were timely served on parties in interest on December 17, 2021.

3. A response deadline to the application was due on or before January 8, 2022.

4. As of January 12, 2022, no response to said Application has been received.

                                      **ROSS, QUINN & PLOPPERT, P.C.**

                                      By: */s/ Joseph L. Quinn*
                                           Joseph L. Quinn, Esquire
                                           Attorney for Debtor
                                           Attorney I.D. No. 307467
                                           192 S. Hanover Street, Suite 101
                                           Pottstown, PA 19464
                                           Ph: (610) 323-5300

Dated: January 12, 2022