THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Chad M Archer and | : | Chapter 13 |
| Emily Archer, | : | No. : 19-16854-mdc |
| Debtors | : | |

## CERTIFICATE OF NO RESPONSE

The undersigned does hereby certify:

1. That I am the attorney for Chad M Archer and Emily Archer, Debtors in the above-captioned matter.

2. That a Motion to Approve a Mortgage Loan Modification by and between Debtors and Freedom Mortgage Corporation was filed with this Court on January 7, 2022.

3. That a copy of the Motion and Notice of Motion was served upon parties in interest on January 7, 2022.

4. A certificate of service was filed with the Court on January 7, 2022 declaring timely service to the above-referenced parties.

5. A response deadline was set as January 28, 2022.

6. No response to said Motion has been received as of January 31, 2022.

Respectfully Submitted,

**ROSS, QUINN & PLOPPERT, P.C.**

By: */s/ Joseph L. Quinn,*
    Joseph L. Quinn,
    Esquire Attorney for
    Debtor
    192 S Hanover Street, Suite 101
    Pottstown, PA 19464
    Ph: (610) 323-5300
    F:  (610) 323-6081

Dated: January 31, 2022